IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CHARLES DOBRA, ) | | |
| and CHARLES WM. DOBRA, LTD., ) | | |
| on behalf of plaintiffs and ) | | |
| the class members defined herein, ) | | |
| ) | | |
| Plaintiffs, ) | 15 C 2736 | |
| ) | | |
| v. ) | Judge Tharp | |
| ) | Magistrate Judge Martin | |
| KANELAND PUBLICATIONS, INC., ) | | |
| and JOHN DOES 1-10, ) | | |
| ) | | |
| Defendants. ) | | |

**PLAINTIFFS' MEMORANDUM IN SUPPORT OF FINAL ACCOUNTING**

Plaintiffs Charles Dobra and Charles Wm. Dobra, Ltd. (collectively, "Plaintiffs") respectfully submit this memorandum in support of final accounting of the class action settlement with defendant Kaneland Publications, Inc. ("Defendant").

On April 22, 2016, this Court entered an order of final approval of the parties' class action settlement. (*Dkt. No. 47*)

Catherine Latturner attests to the fact that Edelman, Combs, Latturner & Goodwin, LLC received $3,000.00 from the Settlement Fund representing notice and administrative expenses and was deposited into the firm's Client Trust Account. (*Dkt. No. 48*) Subsequently, Ms. Latturner testifies that the balance of the Settlement Fund in the amount of $34,500.00 was sent to Edelman, Combs, Latturner & Goodwin, LLC and deposited into the firm's Client Trust Account. (*Dkt. No. 48*)

The following payments were made from the Settlement Fund: payment in the amount

of $3,000.00 issued to Class-Settlement.com for notice and administrative expenses; payment in the amount of $4,500.00 issued to Charles Dobra and Charles Wm. Dobra, Ltd. as the incentive award for being class representatives; payment in the amount of $11,500.00 in attorney's fees; and payment in the amount of $18,500.00 issued to *Dobra v. Kaneland Class Settlement Fund*. (*Dkt. No. 48*)

Andrew Barnett of Class-Settlement.com attests that Class-Settlement.com established a Settlement Fund in the name of *Dobra v. Kaneland Class Settlement Fund* and in the amount of $18,500.00. (*Dkt. No. 49*)

Class-Settlement.com mailed letters to 8 Settlement Class Members, whose settlement recovery would exceed $599.99, requesting completion of a W-9 form. All 8 Settlement Class Members timely returned a completed W-9 form. (*Dkt. No. 49*)

Each member of the Settlement Class who submitted a valid claim was paid for each for each fax transmission corresponding to the fax number on the Fax List. Each Settlement Class Member was paid $500.00 per fax transmission. Settlement checks were mailed to each of the 11 Settlement Class Members representing 23 fax transmissions. (*Dkt. No. 49*) Each settlement check contained a void date of September 6, 2016, and a return address of Class-Settlement.com. (*Dkt. No. 49*)

All Settlement Class Members cashed their settlement checks. Thus, the total distribution to the Settlement Class is $11,500.00. (*Dkt. No. 49*)

Following expiration of the void date on the settlement checks, $7,000.00 remained in the Settlement Fund as a result of undistributed funds. (*Dkt. No. 49*) On October 6, 2016, Class-Settlement.com issued and mailed 2 checks in the amount of $3,500.00 each, payable to Prairie

State Legal Services, Inc. and to Administer Justice, as a *cy pres* distribution.

 Plaintiffs submit that to date the Settlement Fund has been fully distributed in accordance with the parties' agreement and the Court's orders.

              Respectfully submitted,

               s/ Heather Kolbus
               Heather Kolbus

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Heather Kolbus
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
20 S. Clark Street, Suite 1500
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)

**CERTIFICATE OF SERVICE**

   I, Heather Kolbus, certify that on November 4, 2016, I caused a true and accurate copy of the foregoing document to be filed with the Court's CM/ECF system, which will send notification of such filing to the following party:

  Kelly A. Helland - kkramer@dankramerlaw.com
  Law Offices of Daniel J. Kramer
  1107A South Bridge Street
  Yorkville, IL 60560

             s/ Heather Kolbus
             Heather Kolbus

Daniel A. Edelman
Heather Kolbus
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
20 S. Clark Street, Suite 1500
Chicago, IL 60603
(312) 739-4200
(312) 419-0379 (FAX)